UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: Jean I. Tranghese,<br>Debtor | Chapter: 7<br>Case No: 19–30014<br>Judge Elizabeth D. Katz |

## ORDER DISCHARGING TRUSTEE
## AND CLOSING CASE

It is hereby **ORDERED** that Gary M. Weiner, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:5/15/19                                                                By the Court,

                                                                                    Elizabeth D. Katz
                                                                                    U.S. Bankruptcy Judge